FILED: July 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6488
(3:17-cr-00134-FDW-SCR-50)
(3:23-cv-00383-FDW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ROBERT ALLEN MCCLINTON, a/k/a Trigga

  Defendant - Appellant

_____

O R D E R

_____

  The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

            For the Court--By Direction

            <u>/s/ Nwamaka Anowi, Clerk</u>